UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 19-CV-

METSCHLAW, P.A., a Florida
Professional Services Corporation,
and LAWRENCE R. METSCH,

<div align="center">Plaintiffs,</div>

<div align="center">v.</div>

MAGIC BURGERS, LLC, a Texas
Limited Liability Company, SUN
STEAKS, LLC, a Florida Limited
Liability Company, POP FLORIDA
PROPERTIES, LLC, a Delaware
Limited Liability Company, and
FLORIDA POP, LLC, a Texas
Limited Liability Company,

<div align="center">Defendants.</div>

_____/

## VERIFIED COMPLAINT/JURY TRIAL DEMANDED
<div align="center">(Fla. Bar No. 133162)</div>

Plaintiffs Metschlaw, P.A. ("Metschlaw"), and Lawrence R. Metsch ("LRM") sue

Defendants Magic Burgers, LLC ("MBLLC"), Sun Steaks, LLC ("SSLLC"), Pop Florida

Properties, LLC ("PFPLLC"), and Florida Pop, LLC ("FPLLC"), and allege:

<div align="center">SUBJECT-MATTER JURISDICTION</div>

1. This is a civil action for treble damages pursuant to §§ 825.103(1) and 772.11,

Florida Statutes, that exceed $75,000.00, exclusive of interest and costs, and for punitive

damages pursuant to § 768.72, Florida Statutes.  Subject-matter jurisdiction of this civil

action exists by virtue of 28 U.S.C. § 1332, diversity of citizenship.

<div align="center">THE PARTIES</div>

2.  Metschlaw is a Florida professional services corporation.  Its principal place of business is located in Aventura, Miami-Dade, Southern District, Florida.

3. LRM is a resident of Broward County, Florida, a citizen of the State of Florida, and a member of The Florida Bar (FBN 133162).  He is not subject to any legal disabilities. LRM's date of birth is February 7, 1943.  He is the sole shareholder, officer, director and employee of Metschlaw.

4.  MBLLC is a Texas limited liability company which has been authorized by the State of Florida Secretary of State to conduct business within the State of Florida.  Its Florida registered agent is Corporate Creations Network, Inc., 11360 Prosperity Farms Road, Suite 221E, Palm Beach Gardens, Florida 33410, and its principal place of business is located at 4515 LBJ Freeway, Dallas, Texas 75244.  The owner of MBLLC is Mr. Guillermo Perales, who resides in and is a citizen of Dallas, Texas.  MBLLC operates fast food restaurants in the State of Florida.

5.  SSLLC is a Florida limited liability company.  Its registered agent is Corporate Creations Network, Inc., 11360 Prosperity Farms Road, Suite 221E, Palm Beach Gardens, Florida 33410, and its principal place of business is located at 4515 LBJ Freeway, Dallas, Texas 75244.  The owner of SSLLC is Mr. Guillermo Perales, who resides in and is a citizen of Dallas, Texas.  SSLLC operates fast food restaurants in the State of Florida.

6. PFPLLC is a Delaware limited liability company which has been authorized by the State of Florida Secretary of State to conduct business within the State of Florida. Its Florida registered agent is Corporate Creations Network, Inc., 113690 Prosperity Farms Road, Suite 221E, Palm Beach Gardens, Florida 33410, and its principal place of business is located at 4515 LBJ Freeway, Dallas, Texas 75244. The owner of PFPLLC is Mr. Guillermo Perales, who resides in and is a citizen of Dallas, Texas. PFPLLC owns commercial real properties in the State of Florida.

7. FPLLC is a Texas limited liability company which has been authorized by the State of Florida Secretary of State to conduct business within the State of Florida. Its Florida registered agent is Corporate Creations Network, Inc., 113690 Prosperity Farms Road, Suite 221E, Palm Beach Gardens, Florida 33410, and its principal place of business is located at 4515 LBJ Freeway, Dallas, Texas 75244. The owner of FPLLC is Mr. Guillermo Perales, who resides in and is a citizen of Dallas, Texas. FPLLC operates fast food restaurants in the State of Florida.

## VENUE

8. The venue of this civil action is properly laid in the Southern District of Florida because Metschlaw maintains its principal place of business, and LRM resides, in the Southern District of Florida.

## CONDITIONS PRECEDENT

9.  All conditions precedent to the commencement and prosecution to final judgment of this civil action have taken place, have been performed or have been waived or excused by MBLLC, SSLLC, PFPLLC and FPLLC.

## THE RELEVANT DOCUMENTS

10. Attached hereto as Composite Exhibit "A" are copies of invoices for professional services rendered by Metschlaw and LRM to or on behalf of MBLLC, SSLLC, PFPLLC and FPLLC during the period November 26, 2018, to January 3, 2019, the contents of which are incorporated herein by reference.  No portion of these invoices has been paid.

11. Attached hereto as Composite Exhibit "B" are copies of invoices for professional services rendered by Metschlaw and LRM to or on behalf of MBLLC, SSLLC, PFPLLC and FPLLC during the period January 4, 2019, to January 26, 2019, the contents of which are incorporated herein by reference.  No portion of these invoices has been paid.

12. Attached hereto as Composite Exhibit "C" are copies of invoices for professional services rendered by Metschlaw and LRM to or on behalf of MBLLC and FPLLC during the period January 27, 2019, to February 15, 2019, the contents of which are incorporated herein by reference.  No portion of these invoices has been paid.

13. Attached hereto as Exhibit "D" is a copy of an invoice for travel expenditures incurred by Metschlaw and LRM, dated January 5, 2019, the contents of which are incorporated herein by reference.  No portion of this invoice has been paid.

4

14.  Attached hereto as Exhibit "E" is a copy of an invoice for travel expenditures incurred by Metschlaw and LRM, dated February 3, 2019, the contents of which are incorporated herein by reference.  No portion of this invoice has been paid.

15.  Attached hereto as Exhibit "F" is a copy of an invoice for travel expenditures incurred by Metschlaw and LRM, dated February 15, 2019, the contents of which are incorporated herein by reference.  No portion of this invoice has been paid.

16.  Attached hereto as Exhibit "G" is a copy of a letter, dated February 17, 2019, from Metschlaw and LRM to Mr. Guillermo Perales, the contents of which are incorporated herein by reference.  Neither Mr. Perales nor any of his business entities has/have tendered payment of money to Metschlaw and LRM in response to or in compliance with the attached February 17, 2019, letter.

<u>CLAIMS FOR RELIEF</u>

*COUNT 1- TREBLE DAMAGES/MBLLC*

17.  Metschlaw and LRM reallege and incorporate by reference herein the allegations set forth in ¶¶ 1 through 16 of this Complaint.

18.  MBLLC, in its foregoing dealings with Metschlaw and LRM, has violated § 825.103(1), Florida Statutes, by exploiting LRM, an elderly person, through the devices of not (a) paying Metschlaw and LRM for professional services rendered by LRM and (b) reimbursing Metschlaw and LRM for travel expenditures incurred by Metschlaw and LRM.

5

19.   In accordance with § 772.11, Florida Statutes, MBLLC should be held liable in treble damages to Metschlaw and LRM in the principal sum of $127,009.74.

Wherefore, Metschlaw and LRM demand the entry of a final judgment for treble damages against MBLLC in the principal sum of $127,009.74, plus accrued interest and the costs of this civil action.

## COUNT II- TREBLE DAMAGES/SSLLC

20. Metschlaw realleges and incorporates by reference herein the allegations set forth in ¶¶ 1 through 16 of this Complaint.

21.  MBLLC, in its foregoing dealings with Metschlaw and LRM, has violated § 825.103(1), Florida Statutes, by exploiting LRM, an elderly person, through the devices of not (a) paying Metschlaw and LRM for professional services rendered by LRM and (b) reimbursing Metschlaw and LRM for travel expenditures incurred by Metschlaw and LRM.

22.   In accordance with § 772.11, Florida Statutes, MBLLC should be held liable in treble damages to Metschlaw and LRM in the principal sum of $13,698.60.

Wherefore, Metschlaw and LRM demand the entry of a final judgment for treble damages against MBLLC in the principal sum of $13,698.60, plus accrued interest and the costs of this civil action.

## COUNT III-TREBLE DAMAGES/PFPLLC

23. Metschlaw realleges and incorporates by reference herein the allegations set forth in ¶¶ 1 through 16 of this Complaint.

24. PFPLLC, in its foregoing dealings with Metschlaw and LRM, has violated § 825.103(1), Florida Statutes, by exploiting LRM, an elderly person, through the devices of not (a) paying Metschlaw and LRM for professional services rendered by LRM and (b) reimbursing Metschlaw and LRM for travel expenditures incurred by Metschlaw and LRM.

25. In accordance with § 772.11, Florida Statutes, MBLLC should be held liable in treble damages to Metschlaw and LRM in the principal sum of $3,600.00.

Wherefore, Metschlaw and LRM demand the entry of a final judgment for treble damages against MBLLC in the principal sum of $3,600.00, plus accrued interest and the costs of this civil action.

## COUNT IV- TREBLE DAMAGES/FPLLC

26. Metschlaw realleges and incorporates by reference herein the allegations set forth in ¶¶ 1 through 16 of this Complaint.

27. FPLLC, in its foregoing dealings with Metschlaw and LRM, has violated § 825.103(1), Florida Statutes, by exploiting LRM, an elderly person, through the devices of not (a) paying Metschlaw and LRM for professional services rendered by LRM and (b) reimbursing Metschlaw and LRM for travel expenditures incurred by Metschlaw and LRM.

28. In accordance with § 772.11, Florida Statutes, MBLLC should be held liable in treble damages to Metschlaw and LRM in the principal sum of $18,423.60.

Wherefore, Metschlaw and LRM demand the entry of a final judgment for treble damages against MBLLC in the principal sum of $18,423.60, plus accrued interest and

the costs of this civil action.

## COUNT V-PUNITIVE DAMAGES/MBLLC

29. Metschlaw realleges and incorporates by reference herein the allegations set forth in ¶¶ 1 through 16 of this Complaint.

30. As proscribed by § 768.72(2)(a), Florida Statutes, MBLLC has engaged in intentional misconduct by refusing to pay Metschlaw for services rendered and to reimburse Metschlaw for expenditures incurred, such refusals having occurred during the foregoing time period and while MBLLC had actual knowledge of the wrongfulness of its conduct and the high probability that damage to Metschlaw would result and, despite that knowledge, MBLLC intentionally pursued that course of conduct, resulting in damage to Metschlaw.

Wherefore, Metschlaw demands the entry of a final judgment for punitive damages against MBLLC and the costs of this civil action.

## COUNT VI- PUNITIVE DAMAGES/SSLLC

31. Metschlaw realleges and incorporates by reference herein the allegations set forth in ¶¶ 1 through 16 of this Complaint.

32. As proscribed by § 768.72(2)(a), Florida Statutes, SSLLC has engaged in intentional misconduct by refusing to pay Metschlaw for services rendered and to reimburse Metschlaw for expenditures incurred, such refusals having occurred during the foregoing time period and while SSLLC had actual knowledge of the wrongfulness of its conduct and the high probability that damage to Metschlaw would result and, despite that knowledge,

SSLLC intentionally pursued that course of conduct, resulting in damage to Metschlaw.

Wherefore, Metschlaw demands the entry of a final judgment for punitive damages against SSLLC and the costs of this civil action.

## COUNT VII-PUNITIVE DAMAGES/PFPLLC

33. Metschlaw realleges and incorporates by reference herein the allegations set forth in ¶¶ 1 through 16 of this Complaint.

34. As proscribed by § 768.72(2)(a), Florida Statutes, PFPLLC has engaged in intentional misconduct by refusing to pay Metschlaw for services rendered and to reimburse Metschlaw for expenditures incurred, such refusals having occurred during the foregoing time period and while PFPLLC had actual knowledge of the wrongfulness of its conduct and the high probability that damage to Metschlaw would result and, despite that knowledge, PFPLLC intentionally pursued that course of conduct, resulting in damage to Metschlaw.

Wherefore, Metschlaw demands the entry of a final judgment for punitive damages against PFPLLC and the costs of this civil action.

## COUNT VIII-PUNITIVE DAMAGES/FPLLC

35. Metschlaw realleges and incorporates by reference herein the allegations set forth in ¶¶ 1 through 16 of this Complaint.

36. As proscribed by § 768.72(2)(a), Florida Statutes, FPLLC has engaged in intentional misconduct by refusing to pay Metschlaw for services rendered and to reimburse Metschlaw for expenditures incurred, such refusals having occurred during the foregoing

9

time period and while FPLLC had actual knowledge of the wrongfulness of its conduct and the high probability that damage to Metschlaw would result and, despite that knowledge, FPLLC intentionally pursued that course of conduct, resulting in damage to Metschlaw.

Wherefore, Metschlaw demands the entry of a final judgment for punitive damages against FPLLC and the costs of this civil action.

## DEMAND FOR JURY TRIAL

37.  Metschlaw and LRM demand trial by jury of all issues and claims which are triable by jury.

<div style="margin-left: 50%;">

METSCHLAW, P.A.
Attorneys for Plaintiffs
20801 Biscayne Blvd., Suite 300
Aventura, FL 33180-1423
Telephone: (305) 792-2540
Telecopier: (305) 792-2541
E-Mail: l.metsch.@metsch.com

by _____
LAWRENCE R. METSCH
FBN 133162

DATED: April 16, 2019

</div>

## VERIFICATION

I, Lawrence R, Metsch, under penalty of perjury, verify and declare that:

1.  I am a Plaintiff in the above styled civil action.

2.  I make this verification on personal knowledge.

3.  I have read the foregoing Complaint.

4.  The factual matters which are set forth in the foregoing Complaint are true and correct.

Dated this 16th day of April, 2019.

LAWRENCE R. METSCH

# EXHIBIT "A"

Metschlaw P.A.
20801 Biscayne Blvd.
Suite 300
Aventura, FL 33180

Invoice submitted to:
Sun Steaks, LLC  (Alisha Lenton)

January 04, 2019

Invoice #12648

Professional Services

| | | Rate | Amount |
|---|---|---|---|
| 12/6/2018 | review of the pre-mediation memorandum submitted by the Pozo law firm; telephone conference with Attorney Debrah Ochoa concerning the $10,000.00 which has been approved for settlement, but which she regards as unnecessarily generous to the Plaintiff. | 300.00/hr | 150.00 |
| 12/10/2018 | travel from Hollywood to Plantation, Florida; participation in a mediation conference which ended in the declaration of an impasse; telephone conference with Attorney Debrah Ochoa concerning the foregoing impasse declaration; travel from Plantation to Hollywood, Florida. | 300.00/hr | 900.00 |
| | For professional services rendered | 3.50 | $1,050.00 |
| | For professional services rendered | 3.50 | $1,050.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lawrence R. Metsch, Esq. | 3.50 | 300.00 | $1,050.00 |

Metschlaw P.A.
20801 Biscayne Blvd.
Suite 300
Aventura, FL 33180


Invoice submitted to:
Sun Steaks, LLC  (John Cargell)



January 04, 2019


Invoice #12648


### Professional Services

| | | Rate | Amount |
|---|---|---|---|
| | | | 150.00 |
| 11/25/2018 | preparation of materials to be used in the court-ordered mediation which will take place in Tampa, Florida, on November 26, 2018; drafted and dispatched an e-mail message to Attorney Timothy Comer requesting settlement authority for the November 26, 2018, mediation conference. | 300.00/hr | |
| 11/26/2018 | travel from Hollywood to Tampa, Florida; attendance at and participation in a mediation conference held at the law firm of Stuart and Strickland, P.A., which was adjourned pending further discovery; travel from Tampa to Fort Myers, Florida. | 300.00/hr | 2,100.00 |
| 11/27/2018 | travel from South Bay to Hollywood, Florida, with an en route telephone conference with Attorney Debrah Ochoa concerning Plaintiff's recent surgery on his right knee; drafted and dispatched an e-mail message to Attorneys Ochoa, Braun and Comer transmitting copies of Plaintiff's medical records, including his recent right knee surgery. | 300.00/hr | 450.00 |
| | For professional services rendered | 9.00 | $2,700.00 |
| | For professional services rendered | 9.00 | $2,700.00 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lawrence R. Metsch, Esq. | 9.00 | 300.00 | $2,700.00 |

Metschlaw P.A.
20801 Biscayne Blvd.
Suite 300
Aventura, FL 33180


Invoice submitted to:
Sun Steaks, LLC  (Vobb Joseph)


January 04, 2019


Invoice #12648


**Professional Services**

|  | Rate | Amount |
|---|---|---|
| 12/4/2018  transmitted Plaintiff's $15,000.00 proposal for settlement to Attorneys Ochoa, Comer and Braun. | 300.00/hr | 75.00 |
| For professional services rendered | 0.25 | $75.00 |
| For professional services rendered | 0.25 | $75.00 |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lawrence R. Metsch, Esq. | 0.25 | 300.00 | $75.00 |

Metschlaw P.A.
20801 Biscayne Blvd.
Suite 300
Aventura, FL 33180

Invoice submitted to:
Florida Pop , LLC  Florida POP, LLC (Patiente Converse.)

January 04, 2019

Invoice #12648

Professional Services

| | | Rate | Amount |
|---|---|---|---|
| 12/10/2018 | telephone conference with Attorney debrah ochoa concerning the designation of a corporate representative to the November 17, 2018, mediation conference in Tampa, Florida. | 300.00/hr | 75.00 |
| 12/12/2018 | retrieval and review of Plaintiff's answers to Defendant's written interrogatories, which JP electronically forwarded to Attorney Debrah Ochoa. | 300.00/hr | 75.00 |
| 12/16/2018 | receipt and review of the court reporter's transcript of the Plaintiff's deposition examination and supporting documentation. | 300.00/hr | 150.00 |
| 12/17/2018 | travel from Hollywood to Tampa, Florida; attendance at and participation in a mediation conference which culminated in the declaration of an impasse; conference with Mr. Ali Shah concerning preparations for a jury trial in this case. | 300.00/hr | 1,500.00 |
| | travel from Tampa to Fort Myers, Florida, with an en route telephone conference with Attorney Debrah Ochoa concerning the declaration of an impasse in the mediation process. | 300.00/hr | 600.00 |
| | For professional services rendered | 8.00 | $2,400.00 |
| | For professional services rendered | 8.00 | $2,400.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lawrence R. Metsch, Esq. | 8.00 | 300.00 | $2,400.00 |

Metschlaw P.A.
20801 Biscayne Blvd.
Suite 300
Aventura, FL 33180


Invoice submitted to:
Florida Pop , LLC  Florida POP, LLC (U.S. Bank N.A.)


January 04, 2019


Invoice #12648


Professional Services

|  |  | Rate | Amount |
|---|---|---|---|
| 12/4/2018 | telephone conference with Mr. Ryan Phelps, Vice President for Real Estate of Sun Holdings, Inc., concerning the status of the foreclosure lawsuit and the follow-on exercise of the $500,000.00 purchase option. | 300.00/hr | 150.00 |
| 12/6/2018 | telephone conference with Attorney Debrah Ochoa concerning the need to consummate the $500,000.00 purchase transaction; telephone conference with Attorney Zachary Bancroft concerning the proposed settlement documents; review of the proposed settlement documents; composure and transmittal of an e-mail message to Mr. Bancroft concerning the Seller's payment of the closing costs. | 300.00/hr | 300.00 |
| 12/13/2018 | receipt and review of an e-mail message from Attorney Z. Bancroft, counsel for Plaintiff/Bank, which LRM forwarded to Attorneys Ochoa, Braun and Comer and to Mr. Ryan Phelps. | 300.00/hr | 75.00 |
| 12/18/2018 | telephone conferences with Attorneys Zachary Bancroft (counsel for the foreclosing Plaintiff) and Debra Ochoe (house counsel for Florida Pop, LLC), concerning the Plaintiff's counter-proposal for the division of closing costs; receipt and review of an e-mail message from Attorney ochoa suggesting that the buyer and the seller split the sales commission. | 300.00/hr | 150.00 |
| 12/20/2018 | telephone conference with Attorney Z. Bancroft, counsel for Plaintiff, concerning the allocation of closing costs incurred in the exercise of the option to purchase the out-parcel on which the Popeye's restaurant is situated. | 300.00/hr | 75.00 |
| | For professional services rendered | 2.50 | $750.00 |
| | For professional services rendered | 2.50 | $750.00 |

Florida Pop , LLC  Florida POP, LLC (U.S. Bank N.A.)                                Page     2

## Timekeeper Summary

| Name | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Lawrence R. Metsch, Esq. | 2.50 | 300.00 | $750.00 |

Metschlaw P.A.
20801 Biscayne Blvd.
Suite 300
Aventura, FL 33180

Invoice submitted to:
Magic Burgers, LLC (Alicia Heningburg)

January 04, 2019

Invoice #12648

Professional Services

| | | Rate | Amount |
|---|---|---|---|
| 11/29/2018 receipt and review of Plaintiff's notice for jury trial. | | | 75.00 |
| | | 300.00/hr | |
| For professional services rendered | | 0.25 | $75.00 |
| For professional services rendered | | 0.25 | $75.00 |

| Timekeeper Summary | | | | |
|---|---|---|---|---|
| Name | | Hours | Rate | Amount |
| Lawrence R. Metsch, Esq. | | 0.25 | 300.00 | $75.00 |

Metschlaw P.A.
20801 Biscayne Blvd.
Suite 300
Aventura, FL 33180


Invoice submitted to:
Magic Burgers, LLC (Allison Litteral)


January 04, 2019


Invoice #12648


Professional Services

| | | Rate | Amount |
|---|---|---|---|
| 11/29/2018 | receipt and review of Plaintiff's trial witness list. | 300.00/hr | 75.00 |
| 12/20/2018 | drafted, filed and served MBLLC's answers to Plaintiff's written interrogatories; telephone conferences with Attorney Debrah Ochoa concerning MBLLC's compliance with Plaintiff's request for production of documents; drafted and dispatched an e-mail message to Plaintiff's attorney, Mr. Mario Romero, requesting that MBLCC's documents be treated as confidential during the pretrial discovery phase of the civil action. | 300.00/hr | 1,050.00 |
| 12/21/2018 | receipt and review of Plaintiff's motion for pre-trial discovery sanctions. | 300.00/hr | 75.00 |
| | receipt and review of Plaintiff's motion for pre-trial discovery sanctions against Defendant Magic Burgers, LLC. | 300.00/hr | 75.00 |
| 12/23/2018 | drafted Defendant's motion for summary judgment of dismissal, which LRM electronically filed and served through the Florida Courts e-filing portal; drafted Defendant's notice of the filing of the court reporter's transcript of the Plaikntiff's deposition examination, which LRM electronically fiuled and served through the Florida Courts e-filing portal. | 300.00/hr | 450.00 |
| 12/24/2018 | organized the documents to be produced in accordance with MBLLC's response to Plaintiff's request for production of documents; electronically transmitted the foregoing documents to Attorney Mario Romero, Morgan & Morgan, Kissimmee, Florida. | 300.00/hr | 150.00 |
| 12/27/2018 | receipt and review of an e-mail message from Attorney Debrah Ochoa transmitting a listing of the last known contacts of the employees who worked in the Burger King restaurant on the date of Plaintiff's slip and fall; electronically | 300.00/hr | 75.00 |

Magic Burgers, LLC (Allison Litteral)                                                    Page      2

|            |                                                                                                    | Rate      | Amount    |
|------------|----------------------------------------------------------------------------------------------------|-----------|-----------|
|            | forwarded the foregoing listing to Attorney Mario Romero, Morgan & Morgan, P.A., Kissimmee, Florida. |           |           |
| 12/28/2018 | drafted and dispatched an e-mail message to Attorney Mario Romero, Morgan & Morgan, P.A., Kissimmee, Florida, requestikng that the January 29, 2019, hearing before Circuit Judge Margaret H. Schreiber include Defendant's motion for summary judgment of dismissal; receipt and review of Mr. Romero's negative reply; several attempts to reach Judge Schreiber's Judicial Assistant by telephone. | 300.00/hr | 150.00    |
|            | For professional services rendered                                                                  | 7.00      | $2,100.00 |
|            | For professional services rendered                                                                  | 7.00      | $2,100.00 |

### Timekeeper Summary

| Name                     | Hours | Rate   | Amount    |
|--------------------------|-------|--------|-----------|
| Lawrence R. Metsch, Esq. | 7.00  | 300.00 | $2,100.00 |

Metschlaw P.A.
20801 Biscayne Blvd.
Suite 300
Aventura, FL 33180

Invoice submitted to:
Magic Burgers, LLC (Jeffrey Corriveau)

January 04, 2019

Invoice #12648

### Professional Services

| | | Rate | Amount |
|---|---|---|---|
| 11/28/2018 | telephone conference with Attorney Michael Peckham, counsel for Plaintiff, to arrange for the entry of an agreed order requiring Defendant to respond to pre-trial discovery. | 300.00/hr | 75.00 |
| | For professional services rendered | 0.25 | $75.00 |
| | For professional services rendered | 0.25 | $75.00 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lawrence R. Metsch, Esq. | 0.25 | 300.00 | $75.00 |

Metschlaw P.A.
20801 Biscayne Blvd.
Suite 300
Aventura, FL 33180


Invoice submitted to:
Magic Burgers, LLC (John Myers)



January 04, 2019


Invoice #12648


### Professional Services

| | | Rate | Amount |
|---|---|---|---|
| 12/5/2018 | telephone conference with Attorney Evan Klinec, Greenspoon Marder, who has a high-numbered case on the January 7, 2019, jury trial calendar before Judge Dugan in Brevard County, Florida. | 300.00/hr | 75.00 |
| 12/7/2018 | drafted Defendants' notice of scheduling conflict for January 7, 2019, which LRM electronically filed/served through the Florida Courts e-filing portal. | 300.00/hr | 150.00 |
| 12/11/2018 | drafted Defendants' motion to set aside the June 22, 2018, order striking Defendants' pleadings on the ground that the First Amended Complaint fails to state a cause of action; drafted a notice of hearing on the foregoing motion; electronically filed/served the foregoing items through the Florida Courts e-filing portal. | 300.00/hr | 300.00 |
| 12/12/2018 | receipt and review of Plaintiff's motion in opposition to Defendants' motion to set aside the June 22, 2018, order striking Defendants' pleadings. | 300.00/hr | 75.00 |
| 12/13/2018 | drafted and electronically filed and served an amended notice of hearing with respect to Defendants' motion to set aside the June 22, 2018, order striking Defendants' pleadings and scheduling a jury trial on damages. | 300.00/hr | 75.00 |
| 12/18/2018 | internet-assisted research concerning the parking space provisions of the Florida Building Code; drafted and electronically filed and served Defendants' reply in support of their December 11, 2018, motion to set aside the June 22, 2018, order striking Defendants' pleadings. | 300.00/hr | 300.00 |
| 12/19/2018 | participation in a telephone pre-trial conference before a Senior Judge; receipt and review of a notice from the Clerk of the Eighteenth Circuit court advising that this civil action will be number 1 on the jury trial calendar which will begin on January 7, 2019, in Viera, Brevard County, Florida. | 300.00/hr | 150.00 |

Magic Burgers, LLC (John Myers)                                                    Page    2

|            |                                                                                                                                                                                                                                                                                                                         | Rate       | Amount    |
|------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|-----------|
| 12/27/2018 | receipt and review of Plaintiff's proposed Pre-Trial Statement.                                                                                                                                                                                                                                                          | 300.00/hr  | 75.00     |
| 12/28/2018 | repeated efforts to contact Circuit Judge David Dugan's Judicial Assistant for the purpose of scheduling a hearing on Defendants' motion to vacate the default entered by Circuit Judge T. Rainwater.                                                                                                                      | 300.00/hr  | 75.00     |
|            | exchange of e-mail messages with Attorney Timothy Comer, Chief Legal Officer of Sun Holdings, Inc., concerning the procedure to be followed to deal with the three (3) conflicting jury trial settings for LRM on January 7, 2019.                                                                                         | 300.00/hr  | 150.00    |
| 12/31/2018 | telephone conference with a member of the staff of Circuit Judge David Dugan concerning the scheduling of a hearing on Defendants' motion to set aside the judicial default; receipt and review of an e-mail message from Mr. Guillen's assistant, Annette, to Monica, Judge Dugan's Judicial Assistant, concerning LRM's refusal to sign the proffered pre-trial stipulation. | 300.00/hr  | 75.00     |
| 1/1/2019   | preparations for the jury trial of the civil action; electronically scheduled a telephonic hearing on Defendants' motion to set aside the June 22, 2018, order striking Defendants' pleadings, the telephonic hearing to be held on Friday, January 4, 2019, at 4:00 P.M., EST.                                            | 300.00/hr  | 600.00    |
| 1/2/2019   | telephone conference with the Judicial Assistant to Circuit Judge David Dugan, Viera, Florida, concerning the resolution of LRM's scheduling conflict; drafted and dispatched an e-mail message to the foregoing Judicial Assistant providing contact information pertinent to the resolution of LRM's foregoing scheduling conflict; receipt and review of Plaintiff's objection to the scheduling of a hearing on January 4, 2019, at 4:00 P.M., EST, on Defendants' motion to set aside the June 22, 2018, order striking Defendants' pleadings. | 300.00/hr  | 225.00    |
| 1/3/2019   | e-mail correspondence with the Judicial Assistant to Circuit Judge David Dugan concerning the hearing on Defendants' motion to set aside the June 22, 2018, order; telephone conference with the foregoing Judicial Assistant concerning the same subject; receipt and review of an e-mail advising that the January 4, 2019, hearing has been cancelled and scheduling a hearing on the motion to set aside for the start of the jury trial on January 7, 2019, in Viera, Florida. | 300.00/hr  | 225.00    |

|                                        | Hours | Amount    |
|----------------------------------------|-------|-----------|
| For professional services rendered     | 8.50  | $2,550.00 |
| For professional services rendered     | 8.50  | $2,550.00 |

Timekeeper Summary

| Name                   | Hours | Rate   | Amount    |
|------------------------|-------|--------|-----------|
| Lawrence R. Metsch, Esq. | 8.50  | 300.00 | $2,550.00 |

Metschlaw P.A.
20801 Biscayne Blvd.
Suite 300
Aventura, FL 33180

Invoice submitted to:
Magic Burgers, LLC (John Raymond)

January 04, 2019

Invoice #12648

Professional Services

| | | Rate | Amount |
|---|---|---|---|
| 12/7/2018 | drafted Defendant's notice of scheduling conflict for January 7, 2019, which LRM electronically filed/served through the Florida Courts e-filing portal. | 300.00/hr | 150.00 |
| 12/12/2018 | receipt and review of the court reporter's transcript of the Plaintiff's deposition examination. | 300.00/hr | 225.00 |
| 1/1/2019 | preparations for the jury trial of the civil ac tion: WESTLAW-assisted legal research concerning the implementation of §768.0755, Florida Statutes, in a jury trial for personal injury damages. | 300.00/hr | 600.00 |
| 1/2/2019 | telephone conference with Attorney William Clay Mitchell, Jr., counsel for Plaintiff, concerning the scheduling of the trial in Orlando, Florida; telephone conference with Ms. Lauren Burrows, Judicial Assistant to Circuit Judge Luis Fernando Calderon, to whom the civil action was assigned on January 1, 2019; receipt and review of the notice of the January 4, 2019, status conference at 2:30 P.M., EST; drafted and electronically filed/served Defendant's motion for permission for LRM to participate by telephone in the January 4, 2019, status conference; drafted a proposed order granting the foregoing motion; electronically transmitted the foregoikng motion and proposed order to Ms. Burrows. | 300.00/hr | 450.00 |
| 1/3/2019 | telephone conferences with Attorney William Clay Mitchell, Jr., counsel for Plaintiff, concerning the scheduling of the jury trial of the civil action; telephonic participation in a conference with Circuit Judge Luis Calderon and Mr. Mitchell concerning the status conference which will take place on Friday, January 4, 2019, at 2:30 P.M., EST. | 300.00/hr | 300.00 |
| | electronically filed and served a notice of filing of MBLLC's requested foreign transitory substance (a) jury instruction and (b) jury verdict form. | 300.00/hr | 75.00 |

Magic Burgers, LLC (John Raymond)                                                    Page     2

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 6.00 | $1,800.00 |
|  |  | Amount |
| For professional services rendered | 6.00 | $1,800.00 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lawrence R. Metsch, Esq. | 6.00 | 300.00 | $1,800.00 |

Metschlaw P.A.
20801 Biscayne Blvd.
Suite 300
Aventura, FL 33180

Invoice submitted to:
Magic Burgers, LLC (Karen Simpson)

January 04, 2019

Invoice #12648

Professional Services

| | | Rate | Amount |
|---|---|---|---|
| 11/29/2018 | receipt and review of Plaintiffs' motion to compel pre-trial discovery, which LRM forwarded to Attorneys Ochoa, Braun and Comer. | 300.00/hr | 75.00 |
| 12/4/2018 | telephone conference with Attorney Debrah Ochoa concerning Plaintiffs second round of pre-trial discovery and MBLLC's relationship with the sub-lessor, Burger King Corporation; receipt and review of the sub-lease between MBLLC and Burger King Corporation. | 300.00/hr | 150.00 |
| 12/5/2018 | receipt and review of Plaintiffs' initial disclosures, which LRM forwarded to Attorneys Ochoa, Braun and Comer. | 300.00/hr | 150.00 |
| 12/14/2018 | telephone conference with Attorney Debrah Ochoa concerning post-incident modifications to the Burger King restaurant's sidewalks to comply with ADA requirements and the prospects for success of a motion to either dismiss or abate the civil action due to the incapacity of Plaintiff Karen Simpson. | 300.00/hr | 150.00 |
| 12/17/2018 | telephone conference with Attorney Christopher Jason Hinckley, counsel for Plaintiffs, concerning the Plaintiffs curb height thesis and the need for the appointment of a guardian ad litem for Plaintiff Karen Simpson, who appears (to LRM) to be cognitively incompetent. | 300.00/hr | 150.00 |
| 12/18/2018 | drafted and dispatched two (2) e-mail messages forwarding to Plaintiffs' counsel, Attorney Christopher Jason Hinckley, copies of the post-accident construction contract and plans and the sublease between Burger King Corporation (as sublessor) to Magic Burgers, LLC (as sublessee); internet-assisted research concerning the curb height provision(s) of the Florida Building Code; drafted and dispatched an e-mail message to Attorney Hinckley requested that he identify the provisions of the Florida Building Code which concern curb height. | 300.00/hr | 375.00 |

Magic Burgers, LLC (Karen Simpson)                                                    Page    2

|            |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                | Rate       | Amount   |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|----------|
| 12/19/2018 | telephone conferences with Attorneys Christopher Jason Hinckley and Debrah ochoa concerning Defendant's compliance with the U.S. Majistrate Judge's December 14, 2018, order to show cause; drafted Defendant's answer to Plaintiff's written interrogatories, which LRM e-mailed to Attorney Hinckley; drafted Defendant's response to Plaintiffs' request for admissions, which LRM e-mailed to Attorney Hinckley; drafted Defendant's response to Plaintiffs' request for production of documents, which LRM e-mailed to Attorney Hinckley; drafted Defendants' response to the December 14, 2018, order to show cause, which LRM electronically filed/served through the District Court's CM/ECF facility. | 300.00/hr  | 1,050.00 |
| 12/23/2018 | WESTLAW-assisted legal research concerning steps and curbs as hazardous conditions under Florida, culminating in the identification and retrieval of the decisions in *White v. W.G. Parcel B, LLC*, 2016WL8500026, 20016WL9525667 and 2016 WL 9525231 (M.D. Fla. 2016), authored by U.S. District Judge Anne C. Conway in a slip and fall civil action. | 300.00/hr  | 600.00   |
| 12/25/2018 | additional WESTLAW-assisted legal research to confirm the Florida law principle that a height differential and a curb are not hazardous conditions; drafted MBLLC's motion for summary judgment of dismissal and supporting memorandum of law, which LRM electronically filed and served through the District Court's CM/ECF facility. | 300.00/hr  | 1,050.00 |
| 1/3/2019   | telephone conference with Attorney Debrah Ochoa to confirm that Mr. Charles Gadson and Ms. Sonya Johnson are no longer employed by Magic Burgers, LLC. | 300.00/hr  | 75.00    |
|            | For professional services rendered                                                                                                                                                                                                                                                                                                                                                                                                                                                                                | 12.75      | $3,825.00 |
|            | For professional services rendered                                                                                                                                                                                                                                                                                                                                                                                                                                                                                | 12.75      | $3,825.00 |

### Timekeeper Summary

| Name                     | Hours | Rate   | Amount     |
|--------------------------|-------|--------|------------|
| Lawrence R. Metsch, Esq. | 12.75 | 300.00 | $3,825.00  |

Metschlaw P.A.
20801 Biscayne Blvd.
Suite 300
Aventura, FL 33180

Invoice submitted to:
Magic Burgers, LLC (Salvatore Vignere)

January 04, 2019

Invoice #12648

Professional Services

|  |  | Rate | Amount |
|---|---|---|---|
| 12/27/2018 | telephone conference with Mr. Austin Brown, counsel for Tyson and its distributor, who requested that Magic Burgers, LLC/Burger King Corporation contribute $2,500.00 to a proposed $5,000.00 settlement of the civil action; receipt and review of an e-mail message from Mr. Brown proposing the foregoing contribution to a $5,000.00 settlement offer. | 300.00/hr | 75.00 |
| 1/3/2019 | telephonic participation in a Case Management Conference with the presiding judge and counsel for the parties (LRM to file/serve an answer on behalf of Defendant Burger King Corporation). | 300.00/hr | 150.00 |
| | For professional services rendered | 0.75 | $225.00 |
| | For professional services rendered | 0.75 | $225.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lawrence R. Metsch, Esq. | 0.75 | 300.00 | $225.00 |

Metschlaw P.A.
20801 Biscayne Blvd.
Suite 300
Aventura, FL 33180

Invoice submitted to:
Magic Burgers, LLC (Timothy Hajdasz)

January 04, 2019

Invoice #12648

### Professional Services

| | | Rate | Amount |
|---|---|---|---|
| 11/30/2018 | telephone conference with a Deputy Clerk, U.S. District court, M.D. Florida, requesting that the Defendant file the Certificate of Interested Person required by ECF 9; telephone conference with Attorney Martin Jaffe, counsel for Plaintiff, to begin the preparation of a Case Management Order and Pre-Trial and Trial Schedule. | 300.00/hr | 150.00 |
| 12/3/2018 | receipt and review of Attorney Martin Jaffe's draft of a joint case management report; prepared a certificate of interested persons and corporate disclosure statement, which LRM electronically filed/served through the District court's ECF/CM facility. | 300.00/hr | 375.00 |
| 12/6/2018 | telephone conference with Ms. Lillian Bland, the assistant to Attorney Martin Jaffe, concerning final revisions to the Joint Pre-Trial Statement. | 300.00/hr | 75.00 |
| 12/10/2018 | receipt and review of the U.S. District Court's order granting the Plaintiff's motion to remand and for Rule 11, sanctions against LRM; WESTLAW-assisted legal research to confirm that the Rule 11 sanctions order will not be appealable until the District court quantifies the sanctions and enters a judgment accordingly. | 300.00/hr | 225.00 |
| 12/21/2018 | receipt and review of Attorney Martin Jaffe's claim for $10,000.00+ in attorneys' fees. | 300.00/hr | 75.00 |
| | receipt and review of Plaintiff's motion for a case management conference and notice for jury trial. | 300.00/hr | 75.00 |
| 12/23/2018 | WESTLAW-assisted verification of the citations to authorities provided by U.S. District Judge Anne C. Conway in her order remanding the removed case and holding LRM liable in Rule 11 sanctions. | 300.00/hr | 150.00 |

Magic Burgers, LLC (Timothy Hajdasz)

Page    2

| Date | | Rate | Amount |
|------|------|------|--------|
| 1/2/2019 | receipt and review of Plaintiff's notice of hearing, February 14, 2019, in Daytona Beach, Florida, on Plaintiff's motion for sanctions for wrongful removal, etc. | 300.00/hr | 75.00 |
| 1/3/2019 | review of Plaintiff's motion for computation of attorney's fees; telephone conference with Attorney Debrah Ochoa, who declined to approve an effort to take the deposition examination of Attorney Martin Jaffe, whose affidavit is serving as the basis for Plaintiff's claim for attorney's fees. | 300.00/hr | 150.00 |
| | WESTLAW-assisted legal research concerning the requirement that an application for an award of attorneys' fees be supported by more evidence than the affidavit of the lawyer who performed the services; drafted and electronically filed and served MBLLC's response in opposition to Hajdasz's December 21, 2018, motion for computation of attorneys' fees and costs. | 300.00/hr | 600.00 |
| | For professional services rendered | 6.50 | $1,950.00 |
| | For professional services rendered | 6.50 | $1,950.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Lawrence R. Metsch, Esq. | 6.50 | 300.00 | $1,950.00 |

Metschlaw P.A.
20801 Biscayne Blvd.
Suite 300
Aventura, FL 33180

Invoice submitted to:
POP Florida Properties, LLC (Freedom Investment)

January 04, 2019

Invoice #12648

Professional Services

| | | Rate | Amount |
|---|---|---|---|
| 12/11/2018 | review of the Plaintiff's motion for summary judgment on damages and receipt of the notice of hearing thereon. | 300.00/hr | 75.00 |
| | For professional services rendered | 0.25 | $75.00 |
| | For professional services rendered | 0.25 | $75.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lawrence R. Metsch, Esq. | 0.25 | 300.00 | $75.00 |

# EXHIBIT "B"

Metschiaw P.A.
20801 Biscayne Blvd.
Suite 300
Aventura, FL 33180

Invoice submitted to:
Magic Burgers, LLC (Jameson Harmsworth)

January 27, 2019

Invoice #12648

Professional Services

| | | Rate | Amount |
|---|---|---|---|
| 1/17/2019 | telephone conference with Attorney Alberto Oliveri concerning the January 23, 2019, deposition examination of Mr. Robert Dailey, the store manager on the date of the alleged slip and fall accident, in which deposition examination LRM will participate by telephone (because it is uncertain whether Mr. Daily will comply with the subpoena for deposition examination). | 300.00/hr | 75.00 |
| 1/23/2019 | notified the paralegal assistant to Attorney Abbye E. Alexander, Orlando, Florida, of the 2:30 P.M., EST, deposition examination of Mr. Robert Dailey, a former general manager of the Burger King restaurant, in Orlando, Florida; e-mailed to Ms. Alexander's paralegal assistant a copy of the notice of taking deposition examination. | 300.00/hr | 75.00 |

| | Rate | Amount |
|---|---|---|
| For professional services rendered | 0.50 | $150.00 |
| For professional services rendered | 0.50 | $150.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lawrence R. Metsch, Esq. | 0.50 | 300.00 | $150.00 |

Metschiaw P.A.
20801 Biscayne Blvd.
Suite  300
Aventura, FL 33180

Invoice submitted to:
Magic Burgers, LLC (John Myers)

January 27, 2019

Invoice #12648

Professional Services

| | | Rate | Amount |
|---|---|---|---|
| 1/6/2019 | travel by privately owned vehicle from Hollywood to Melbourne, Florida. | 300.00/hr | 1,050.00 |
| 1/7/2019 | attendance at and participation in the initial phase of the jury trial bedfore Circuit Judge W. David Dugan in Viera, Florida, including oral argument on Defendants' motion to set aside the June 22, 2018, order striking Defendants' pleadings; negotiations concerning waiver of jury trial and waiver of the testimony of records custodians. | 300.00/hr | 900.00 |
| | review of the court reporter's transcript of the deposition examination of Plaintiff John Myers and of the medical records which will be admitted into evidence at the non-jury trial phase of the lawsuit on January 8, 2019. | 300.00/hr | 600.00 |
| 1/8/2019 | attendance at and participation in the completion of the non-jury trial before Circuit Judge W. David Dugan, Viera, Brevard County, Eighteenth Judicial Circuit, Florida; telephone conference with Attorney Debrah Ochoa concerning Judge Dugan's award of damages to Plaintiff. | 300.00/hr | 2,400.00 |
| 1/9/2019 | travel from Melbourne to Downtown Miami, Florida. | 300.00/hr | 1,050.00 |
| 1/16/2019 | telephone conference with Attorney Eric Gillen, during which LRM consented to the entry of an order deeming certain documentary evidence to contain private information and Mr. Gillen and LRM discussed the post-judgment set-off against the damages awarded in the Final Judgment; receipt and review of an e-mail message from Attorney Gillen forwarding payments made by health insurers for the benefit of Mr. John Myers. | 300.00/hr | 150.00 |
| | For professional services rendered | 20.50 | $6,150.00 |

Magic Burgers, LLC (John Myers)

Page    2

|  | 20.50 | Amount $6,150.00 |
|---|---|---|
| For professional services rendered | | |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lawrence R. Metsch, Esq. | 20.50 | 300.00 | $6,150.00 |

Metschlaw P.A.
20801 Biscayne Blvd.
Suite 300
Aventura, FL 33180

Invoice submitted to:
Magic Burgers, LLC (John Raymon)

January 27, 2019

Invoice #12648

Professional Services

| | | Rate | Amount |
|---|---|---|---|
| 1/4/2019 | participation in a telephonic status conference with Circuit Judge Luis Calderon and Attorney W. Clay Mitchell, Jr., during which the pre-trial conference was re-scheduled to January 23, 2019, with the jury trial re-scheduled to February 25, 2019; receipt and review of the Circuit Court's written order accomplishing the foregoing re-schedulings. | 300.00/hr | 150.00 |
| 1/23/2019 | telephone conference with Attorney William Clay Mitchell, who advised that the case has been set Number 1 on March 4, 2019, in Orlando, Florida; drafted and dispatched an e-mail message to Attorney Abbye E. Alexander to inform her of the foregoing development. | 300.00/hr | 75.00 |

| | Hours | Amount |
|---|---|---|
| For professional services rendered | 0.75 | $225.00 |
| For professional services rendered | 0.75 | $225.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lawrence R. Metsch, Esq. | 0.75 | 300.00 | $225.00 |

Metschlaw P.A.
20801 Biscayne Blvd.
Suite 300
Aventura, FL 33180

Invoice submitted to:
Magic Burgers, LLC (Jose English)

January 27, 2019

Invoice #12648

Professional Services

| | | Rate | Amount |
|---|---|---|---|
| 1/4/2019 | receipt and review of Plaintiff's proposal for settlement and pre-trial filings and the Order of Trial notice from the Circuit Court (we are number 3 on the January 28, 2019, jury trial calendar | 300.00/hr | 150.00 |
| 1/14/2019 | telephone conferences with Attorney Tiffany Faddis and her assistant concerning the scheduling of a court-mandated exhibit exchange and conference of attorneys, to be held in Brevard County, Florida. | 300.00/hr | 150.00 |
| 1/17/2019 | travel from Hollywood to Melbourne, Florida; preparation for the court-mandated meeting with counsel for Plaintiff on January 18, 2019, in Melbourne, Florida. | 300.00/hr | 1,200.00 |
| 1/18/2019 | attendance at and participation in a court-mandated meeting with counsel for Plaintiff to discuss arrangements for the jury trial which will start on Monday, January 28, 2019, in Viera, Florida, before Circuit Judge George B. Turner; telephone conference with Attorney Debrah ochoa concerning the assignment of a corporate representative to attend the foregoing jury trial; drafted and lspatched to Ms. Ochoa an e-mail message requesting the appointment of a corporate representative to attend the foregoing jury trial; receipt, review and execution of a pre-trial stipulation and a stipulation as to the authenticity of Plaintiff's trial exhibits; travel from Melbourne to Hollywood, Florida. | 300.00/hr | 1,350.00 |
| 1/21/2019 | WESTLAW-assisted legal research concerning the non-hazardous nature of height differences in a patio's floor; drafted Defendant's motion for summary judgment of dismissal, which LRM electronically filed/served through the Florida Courts e-filing portal. | 300.00/hr | 900.00 |
| 1/23/2019 | receipt and review of an e-mail message from the Judicial Assistant to Circuit Judge George B. Turner advising that the jury trial will start on Tuesday, January 29, 2019, in Viera, Florida; telephone conference with Corporate Counsel Debrah Ochoa to inform her of the foregoing change of date (so that the | 300.00/hr | 75.00 |

Magic Burgers, LLC (Jose English)

| | | Rate | Amount |
|---|---|---|---|
| | designated corporate representative will not show up in Viera, Florida, on January 28, 2019). | | |
| 1/25/2019 | telephone conference with Attorney Tiffany Faddis concerning Plaintiff's motion and amended motion in limine; receipt and review of Plaintiff's amended motion in limine; WESTLAW-assisted legal rsearch, culminating in the identification and retrieval of the decisions in *JVA Enterprises, I, LLC v. Prentice*, 48 So. 3d 109 (Fla. 4th DCA 2010), and *State Farm Mutual Automobile Insurance Company v. Ferranti*, 256 So. 3d 2018 (Fla. 5th DCA 2018). | 300.00/hr | 450.00 |
| 1/26/2019 | received and reviewed Plaintiff's trial witness and exhibit list, which included MBLLC's trial corporate representative; WESTLAW-assisted legal research concerning a civil litigant's involuntary calling of an adverse party's corporate representative as an adverse witness; drafted, filed and served a motion in limine to preclude the Plaintiff from calling MBLLC's trial corporate representative as an adverse witness at trial. | 300.00/hr | 450.00 |
| | WESTLAW-assisted legal research concerning the first four (4) items which Plaintiff seeks to exclude from trial admission into evidence in his Amended Motion in Limine; drafted, filed and served MBLLC's response in opposition to Plaintiff's Amended Motion in Limine. | 300.00/hr | 600.00 |

| | | | |
|---|---|---|---|
| For professional services rendered | | 17.75 | $5,325.00 |
| For professional services rendered | | 17.75 | $5,325.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lawrence R. Metsch, Esq. | 17.75 | 300.00 | $5,325.00 |

Metschlaw P.A.
20801 Biscayne Blvd.
Suite 300
Aventura, FL 33180

Invoice submitted to:
Magic Burgers, LLC (Karen Simpson)

January 27, 2019

Invoice #12648

Professional Services

| | | Rate | Amount |
|---|---|---|---|
| 1/4/2019 | receipt and review of Plaintiffs' response in opposition to MBLLC's motion for summary judgment of dismissal (seeking to circumvent the established Florida decisional law that a non-defective curb is not a hazardous condition). | 300.00/hr | 150.00 |
| 1/8/2019 | receipt and review of an e-mail message from Attorney Debrah Ochoa advising that the post-accident reconstruction plans cannot be found; drafted and dispatched an e-mail message to Attorney Christopher Hinckley advising that the post-accident reconstruction plans cannot be found. | 300.00/hr | 75.00 |
| 1/9/2019 | receipt and review of Plaintiffs' supplemental request for production of documents (post-accident reconstruction work on Burger King restaurant). | 300.00/hr | 75.00 |
| 1/22/2019 | WESTLAW-assisted legal research concerning the formulation of a rebuttal to Plaintiffs' motion under Rule 56(d), Federal Rules of Civil Procedure, for additional time in which to complete pre-trial discovery. | 300.00/hr | 450.00 |
| | For professional services rendered | 2.50 | $750.00 |
| | For professional services rendered | 2.50 | $750.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lawrence R. Metsch, Esq. | 2.50 | 300.00 | $750.00 |

Metschlaw P.A.
20801 Biscayne Blvd.
Suite 300
Aventura, FL 33180

Invoice submitted to:
Magic Burgers, LLC (Salvatore Vignere)

January 27, 2019

Invoice #12648

### Professional Services

| | | Rate | Amount |
|---|---|---|---|
| 1/4/2019 | telephone conference with Jacksonville-based counsel for Tyson Foods, during which LRM advised that Magic Burgers, LLC, would not make a settlement proposal in advance of the mediation conference. | 300.00/hr | 75.00 |
| 1/9/2019 | telephone conference with Attorney John Howell, Jacksonville, Florida, concerning MBLLC and MKC's defenses to the personal injury claim (broken tooth) of Plaintiff. | 300.00/hr | 150.00 |
| | For professional services rendered | 0.75 | $225.00 |
| | For professional services rendered | 0.75 | $225.00 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lawrence R. Metsch, Esq. | 0.75 | 300.00 | $225.00 |

Metschlaw P.A.
20801 Biscayne Blvd.
Suite  300
Aventura, FL 33180


Invoice submitted to:
Magic Burgers, LLC (Samuel Moore)



January 27, 2019

Invoice #12648


### Professional Services

| | | Rate | Amount |
|---|---|---|---|
| 1/4/2019 | receipt and review of a letter from the Clerk of the Circuit Court, Brevard County, Florida, inviting the parties to select a jury trial docket. | 300.00/hr | 75.00 |
| | For professional services rendered | 0.25 | $75.00 |
| | For professional services rendered | 0.25 | $75.00 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lawrence R. Metsch, Esq. | 0.25 | 300.00 | $75.00 |

Metschlaw P.A.
20801 Biscayne Blvd.
Suite 300
Aventura, FL 33180

Invoice submitted to:
Magic Burgers, LLC (Timothy Hajdasz)

January 27, 2019

Invoice #12648

### Professional Services

| | | Rate | Amount |
|---|---|---|---|
| 1/4/2019 | WESTLAW-assisted legal research concerning the appealability of the U.S. District Court's order remanding the removed civil action to the originating Florida State Court; identified and transmitted to Sun Holdkings counsel an Eleventh Circuit decision addressing the appealabiluty of a remand order. | 300.00/hr | 300.00 |
| 1/7/2019 | WESTLAW-assisted legal research concerning the appealability of the District court's remand order and the levelk of appellate review of the District Court's factual finding of an absence of bad faith on the part of the Plaintiff concerning the satisfaction of the $75,000.00 jurisdictional amount for a diversity of citizenship removal under 28 USC 1332. | 300.00/hr | 600.00 |
| 1/9/2019 | receipt and review of Plaintiff's notice of the filing of an affidavit concerning the reasonable hourly rate for the services of Attorney Martin Jaffe, which LRM electronically transmitted to Attorneys Ochoa, Comer and Braun. | 300.00/hr | 75.00 |
| 1/10/2019 | receipt and review of an e-mail message from Attorney Timothy Comer expressing the view that a final, appealable order has not been entered; drafted and dispatched an e-mail message to Attorney Comer expressing the view that the District Court's remand order is final and appealable. | 300.00/hr | 75.00 |
| 1/11/2019 | telephone conference with Attorney Carlisle Braun concerning appellate review of the District Court's order remanding the civil action to the Volusia County Circuit Court. | 300.00/hr | 75.00 |
| 1/16/2019 | receipt and review of the U.S. Magistrate Judge's order denying, without prejudice, Plaintiff's motion for the computation of his attorneys' fees and costs incurred as the consequence of the removal of the civil action from the Florida State Court to the U.S. District Court, M.D. Florida. | 300.00/hr | 75.00 |

Magic Burgers, LLC (Timothy Hajdasz)                                      Page    2

|  |  | Rate | Amount |
|---|---|---|---|
| 1/16/2019 | WESTLAW-assisted legal research concerning pre-emption of Florida law by 28 USC 1447 and the absence of Florida statutory authority for the imposition of sanctions related to the removal of a civil action from the Florida State Court to the U.S. District Court. | 300.00/hr | 300.00 |
| 1/24/2019 | telephone conference with Attorney Abbeye E. Alexander, Orlando, Florida, concerning the initiation and prosecution of appeals from the U.S. District court's orders remanding the civil action to the Florida State Court and imposing Rule 11 sanctions on LRM. | 300.00/hr | 150.00 |
|  | For professional services rendered | 5.50 | $1,650.00 |
|  | For professional services rendered | 5.50 | $1,650.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lawrence R. Metsch, Esq. | 5.50 | 300.00 | $1,650.00 |

Metschlaw P.A.
20801 Biscayne Blvd.
Suite 300
Aventura, FL 33180

Invoice submitted to:
Sun Steaks, LLC  (Carole McCree Nesbit)

January 27, 2019

Invoice #12648

Professional Services

| | | Rate | Amount |
|---|---|---|---|
| 1/15/2019 | receipt and review Plaintiff's notice of service of written interrogatories to Defendant. | 300.00/hr | 75.00 |
| 1/17/2019 | receipt and review of an e-mail message from Attorney Debrah Ochoa alerting LRM to a statute of limitations affirmative defense which had not been interposed; review of the Complaint, which confirmed Ms. Ochoa's analysis; drafted and dispatched an e-mail message to Ms. Ochoa advising that motions would be filed to amend the answer and for summary judgment of dismissal (possibly a motion for judgment on the pleadings?). | 300.00/hr | 75.00 |
| 1/18/2019 | telephone conference with Attorney Debra Ochoa concerning the filing of a motion for judgment of dismissal on the pleadings premised upon the expiration of the four (4) year limitations statute. | 300.00/hr | 75.00 |
| 1/20/2019 | drafted SSLLC's motion for judgment of dismissal on the pleadings or, in the alternative, for leave to amend its answer, etc.; electronically filed and served the foregoing through the Florida courts e-filing portal. | 300.00/hr | 450.00 |
| 1/22/2019 | telephone conference with Attorney Greg Silverstein, counsel for Plaintiff, who insisted that the complaint had been timely filed; WESTLAW-assisted legal research which confirmed that Mr. Silverstein is correct because the last day of the filing period fell on a Saturday and the complaint was filed on the following Monday; dispatched an e-mail to Attorneys Ochoa and Comer, Sun Holdings, Inc., Dallas, Texas, in which LRM recommended that SSLLC's motion to dismiss/leave to amend be withdrawn. | 300.00/hr | 150.00 |
| | For professional services rendered | 2.75 | $825.00 |

Sun Steaks, LLC  (Carole McCree Nesbit)

| For professional services rendered | | 2.75 | Amount $825.00 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Lawrence R. Metsch, Esq. | 2.75 | 300.00 | $825.00 |

Metschlaw P.A.
20801 Biscayne Blvd.
Suite 300
Aventura, FL 33180

Invoice submitted to:
Sun Steaks, LLC  (Shenadoah McCormick)

January 27, 2019

Invoice #12648

Professional Services

|  | Rate | Amount |
|---|---|---|
| 1/4/2019  receipt and review of Plaintiff's motion to continue jury trial. | 300.00/hr | 75.00 |
| 1/15/2019  receipt and review of the notice of hearing on Plaintiff's motion for continuance of the jury trial. | 300.00/hr | 75.00 |
| 1/23/2019  telephone conferences with Attorney Mark Miller, who is moving for a trial continuance and who made a $50,000.00 settlement demand (Plaintiff slipped on mildew while walking down the handicapped ramp or the stairs outside the Golden Corral Restaurant) (Mr. Miller assured LRM that Plaintiff would be reasonable- questionable liability, better than usual damages- underwent knee surgery to repair meniscus, etc.) | 300.00/hr | 150.00 |
| 1/24/2019  telephone conference with Attorney Mark Miller concerning the postponement of the jury trial until October, 2019. | 300.00/hr | 75.00 |
| For professional services rendered | 1.25 | $375.00 |
| For professional services rendered | 1.25 | $375.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lawrence R. Metsch, Esq. | 1.25 | 300.00 | $375.00 |

Metschlaw P.A.
20801 Biscayne Blvd.
Suite  300
Aventura, FL 33180


Invoice submitted to:
Florida Pop , LLC  Florida POP, LLC (Freedom Investment Sys)


January 27, 2019


Invoice #12648


### Professional Services

|  |  | Rate | Amount |
|---|---|---|---|
| 1/16/2019 | preparations for the January 17, 2019, hearing on Plaintiff's motion for summary judgment, in which LRM will participate by telephone. | 300.00/hr | 150.00 |
| 1/17/2019 | telephonic participation in a summary judgment hearing before Circuit Judge S. Selph, who granted Plaintiff's summary judgment to quantify the amount due to Plaintiff ($26,000.00); telephone conference with Attorney Debrah Ochoa, during which LRM undertook to file a motion for rehearing and for relief from the request for admissions. | 300.00/hr | 150.00 |
| 1/18/2019 | telephone conference with Attorney Debra Ochoa concerning the filing of a motion for rehearing of the summary judgment order and a motion for relief from the failure of FPLLC to respond to Plaintiff's request for admissions. | 300.00/hr | 75.00 |
| | For professional services rendered | 1.25 | $375.00 |
| | For professional services rendered | 1.25 | $375.00 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lawrence R. Metsch, Esq. | 1.25 | 300.00 | $375.00 |

Matschlaw P.A.
20801 Biscayne Blvd.
Suite 300
Aventura, FL 33180

Invoice submitted to:
Florida Pop , LLC  Florida POP, LLC (U.S. Bank, N.A.)

January 27, 2019

Invoice #12648

Professional Services

| | | Rate | Amount |
|---|---|---|---|
| 1/8/2019 | receipt and review of an e-mail message from Attorney Zachary Bancroft, counsel for the Plaintiff/Mortgagee, forwarding revised settlement, etc., documents. | 300.00/hr | 75.00 |
| 1/15/2019 | telephone conferences with Attorney D. Ochoa concerning the Receiver's request for the payment of rent until such time as Florida Pop, LLC, or an affiliate takes title to the re-platted out-parcel on which the Popeye's restaurant is located. | 300.00/hr | 150.00 |
| 1/17/2019 | telephone conference with Attorney Debrah Ochoa concerning the relationship between the tenant's obligation to pay rent and the delay in the exercise of the purchase option due to the intervening default by the lessor on its mortgage and the subsequent foreclosure in the Orange County Circuit Court. | 300.00/hr | 75.00 |
| 1/18/2019 | telephone conferences with Attorneys Debra Ochoa and Zachary Bancroft concerning the modification of the proposed settlement agreement and the prospects for an expeditious public sale of the foreclosed parcel of real property. | 300.00/hr | 150.00 |
| 1/23/2019 | review of the proposed Settlement Agreement, as modified by Sun Holdings Corporate Counsel Debrah Ochoa; drafted and dispatched an e-mail message to Ms. Ochoa advising that the Settlement Agreement, as modified, appears fine to LRM and inquiring whether LRM is authorized to forward that document to Attorney Zachary Bancroft, counsel for the Plaintiff/Mortgagee. | 300.00/hr | 75.00 |
| 1/24/2019 | telephone conference with Corporate Counsel Debrah Ochoa, Dallas, Texas, concerning the matter of unpaid rent. | 300.00/hr | 75.00 |

Florida Pop , LLC  Florida POP, LLC (U.S. Bank, N.A.)

Page    2

| | Rate | Amount |
|---|---|---|
| 1/25/2019  telephone conference with Corporate Counsel Debrah Ochoa concerning the resolution of the question concerning unpaid rent for the Popeye's restaurant in Orange County, Florida. | 300.00/hr | 75.00 |
| For professional services rendered | 2.25 | $675.00 |
| For professional services rendered | 2.25 | $675.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lawrence R. Metsch, Esq. | 2.25 | 300.00 | $675.00 |

Metschlaw P.A.
20801 Biscayne Blvd.
Suite 300
Aventura, FL 33180

Invoice submitted to:
POP Florida Properties, LLC (Freedom Investment)

January 27, 2019

Invoice #12648

Professional Services

| | | Rate | Amount |
|---|---|---|---|
| 1/20/2019 | drafted PFPLLC's motions for (a) rehearing of the summary judgment in Plaintiff's favor and (b) withdrawal of the PFPLLC's technical admissions with respect to the value of Plaintiff's materials and services contributed to PFPLLC's real property in Davenport, Florida; electronically filed and served the foregoing through the Florida Courts e-filing portal. | 300.00/hr | 375.00 |
| | For professional services rendered | 1.25 | $375.00 |
| | For professional services rendered | 1.25 | $375.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lawrence R. Metsch, Esq. | 1.25 | 300.00 | $375.00 |

Metschlaw P.A.
20801 Biscayne Blvd.
Suite 300
Aventura, FL 33180

Invoice submitted to:
POP Florida Properties, LLC (Olivera, Inc.))

January 27, 2019

Invoice #12648

### Professional Services

| | | Rate | Amount |
|---|---|---|---|
| 1/21/2019 | drafted a motion for a default final judgment; drafted a proposed default final judgment. | 300.00/hr | 300.00 |
| 1/22/2019 | travel from Hollywood to Miami, Florida; conference with Circuit Judge M. Zilber, who signed the Final Judgment; procured a certified copy of the Final Judgment, a copy of which LRM e-mailed to Ms. Debra Ochoa, Corporate Counsel, Sun Holdings, Inc., Dallas, Texas. | 300.00/hr | 450.00 |
| For professional services rendered | | 2.50 | $750.00 |
| For professional services rendered | | 2.50 | $750.00 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lawrence R. Metsch, Esq. | 2.50 | 300.00 | $750.00 |

# EXHIBIT "C"

Metschlaw P.A.
20801 Biscayne Blvd.
Suite 300
Aventura, FL 33180


Invoice submitted to:
Magic Burgers, LLC (Karen Simpson)




February 17, 2019


Invoice #12648


Professional Services

|  | | Rate | Amount |
|---|---|---|---|
| 2/4/2019 | receipt and review of Plaintiff's pre-trial discovery requests directed to the contractor which modified the Burger King Restaurant after the Plaintiff's tgrip and fall accident. | 300.00/hr | 75.00 |
| | For professional services rendered | 0.25 | $75.00 |
| | For professional services rendered | 0.25 | $75.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lawrence R. Metsch, Esq. | 0.25 | 300.00 | $75.00 |

Metschlaw P.A.
20801 Biscayne Blvd.
Suite  300
Aventura, FL 33180


Invoice submitted to:
Magic Burgers, LLC (John Raymond)



February 17, 2019


Invoice #12648


Professional Services

| | | Rate | Amount |
|---|---|---|---|
| 2/11/2019 | telephone conferences with Ms. M. Cruz, legal assistant to Attorney Abbeye E. Alexander, Orlando, Florida, concerning the turnover of documents in preparation for the jury trial of the case. | 300.00/hr | 150.00 |
| | For professional services rendered | 0.50 | $150.00 |
| | For professional services rendered | 0.50 | $150.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lawrence R. Metsch, Esq. | 0.50 | 300.00 | $150.00 |

Metschlaw P.A.
20801 Biscayne Blvd.
Suite 300
Aventura, FL 33180


Invoice submitted to:
Magic Burgers, LLC (Jose English)



February 17, 2019


Invoice #12648


Professional Services

| | | Rate | Amount |
|---|---|---|---|
| 1/27/2019 | telephone conference with Attorneys Eric and Tiffany Faddis concerning the parties' motions in limine, which will be heard by Circuit Judge George B. Turner on Tuesday, January 29, 2019, at the start of the jury trial in Viera, Florida; receipt and review of Plaintiff's Second Amended Motion In Limine. | 300.00/hr | 150.00 |
| 1/28/2019 | travel from Hollywood to Cocoa Beach, Florida; telephone conference with the court reporter concerning real-time reporting and transcription of the voir dire, which LRM declined; telephone conference with Corporate Counsel Debra Ochoa, who confirmed that LRM's settlement authority is $1,500.00. | 300.00/hr | 1,200.00 |
| 1/29/2019 | attendance at and participation in a jury trial before Circuit Judge George B. Turner in the Moore Justice Center, Viera, Florida, including arguments on the parties' motions in limine and jury selection. | 300.00/hr | 2,400.00 |
| | review of the court reporter's transcript of the deposition examination of Plaintiff and of Plaintiff's medical records; preparation of an opening statement to the jury for Wednesday, January 30, 2019. | 300.00/hr | 600.00 |
| 1/30/2019 | attendance at and participation in the jury trial before Circuit Judge George B. Turner in Viera, Florida, culminating in the Court's granting of Plaintiff's motion for a mistrial; telephone conferences with Attorneys Debra Ochoa and Timothy Comer concerning the circumstances of the mistrial of the civil action; drafted and dispatched an e-mail message to Mr. Guillermo Perales and Attorneys Comer and Ochoa setting forth the circumstances of the mistrial of the civil action. | 300.00/hr | 900.00 |
| 1/31/2019 | travel from Viera to Hollywood, Florida; telephone conference with Chief Legal Office Timothy Comer concerning the re-opening of pre-trial discovery following the declaration of a mistrial. | 300.00/hr | 1,200.00 |

Magic Burgers, LLC (Jose English)

Page    2

| | Rate | Amount |
|---|---|---|
| 2/1/2019  receipt and review of an e-mail from the trial court reporter advising that Plaintiff's counsel had ordered a complete transcript of the trial proceedings before Circuit Judge George B. Turner; telephone conference with Attorney Tiffany Marie Faddis, who stated that a motion would be forthcoming; WESTLAW-assisted legal research concerning the special relationship exception to legal doctrine prohibiting counsel from commenting upon an adverse party's failure to call an individual as a trial witness. | 300.00/hr | 450.00 |
| For professional services rendered | 23.00 | $6,900.00 |
| For professional services rendered | 23.00 | $6,900.00 |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lawrence R. Metsch, Esq. | 23.00 | 300.00 | $6,900.00 |

Metschlaw P.A.
20801 Biscayne Blvd.
Suite 300
Aventura, FL 33180


Invoice submitted to:
Magic Burgers, LLC (Timothy Hajdasz)



February 17, 2019


Invoice #12648


Professional Services

| | | Rate | Amount |
|---|---|---|---|
| 2/5/2019 | telephone conference with Attorney Abbye Alexander concerning the legal representation of LRM at the February 14, 2019, hearing on Plaintiff's motion for sanctions against Magic Burgers, LLC, and LRM. | 300.00/hr | 150.00 |
| 2/6/2019 | telephone conferences with Attorneys Franklin D. Kreutzer and Jay E. Kreutzer concerning LRM's proposed letter to Sun Holdings Chief Legal officer Timothy Comer requesting a defense of and indemnification for the pending motion for sanctions; in accordance with the Kreutzers' recommendation, modified the proposed letter to Mr. Comer and electronically transmitted it to him and Attorney Abbye E. Alexander and Mr. Guillermo Peralles. | 300.00/hr | 150.00 |
| 2/7/2019 | receipt and review of MBLLC's memorandum of law in opposition to Plaintiff's motion for [removal] sanctions, in which MBLLC blamed LRM for the decision to remove the Florida State Court case to the U.S. Distrfict Court, M.D. Florida. | 300.00/hr | 150.00 |
| 2/8/2019 | telephone conference with Attorney Carlisle A. Braun concerning the imminent termination of the Metschlaw, P.A., professional relationship with Sun Holdings, Inc., and its affiliates; receipt and review of a termination letter from Sun Holdings Chief Legal officer Timothy Comer. | 300.00/hr | 300.00 |
| 2/11/2019 | WESTLAW-assisted legal research concerning the imposition of sanctions against an attorney under the Trial Court's inherent authority; drafted LRM's response in opposition to Plaintiff's motion for sanctions premised upon the removal of the civil action from the Florida State Court to the U.S. District Court, M.D. Florida, orlando Division. | 300.00/hr | 900.00 |
| 2/12/2019 | WESTLAW-assisted legal research concerning the waiver of the confidentiality established by §44.405, Florida Statutes; drafted LRM's motion in limine concerning the Plaintiff's waiver of the foregoing statutory confidentiality by filing his motion for inherent authority sanctions against LRM premsied upon the | 300.00/hr | 750.00 |

Magic Burgers, LLC (Timothy Hajdasz)

| | | Rate | Amount |
|---|---|---|---|
| | removal of the civil action to the Federal Court; electronically filed and served the foregoing motion in limine. | | |
| 2/12/2019 | WESTLAW-assisted legal research concerning the non-appealability of the District Court's order finding LRM to have violated Rule 11 but failing to quantify the amount of attorney's fees to be awarded to Hajdasz; drafted LRM's motion to vacate the Rule 11 sanctions portion of the December 10, 2018, order and supporting memorandum of law. | 300.00/hr | 900.00 |
| 2/13/2019 | travel from Hollywood to Daytona Beach Shores, Florida. | 300.00/hr | 1,200.00 |
| | electronically filed/served MBLLC's motion to vacate ECF 40 because Plaintiff has failed to comply with ECF 44. | 300.00/hr | 75.00 |
| | telephone conference with Attorney Carlisle A. Braun, who advised that Sun Holdings, Inc., Chief Legal Officer Timothy S. Comer could attend the February 14, 2019, hearing in Daytona Beach, Florida; further preparations for the February 14, 2019, hearing, including a review of the June 24, 2018, removals in *Everett* and *Simpson*. | 300.00/hr | 750.00 |
| 2/14/2019 | attendance at and participation in an evidentiary hearing conducted by Circuit Judge Michael Orfinger in Daytona Beach, Volusia County, Florida, on Plaintiff's motion for the imposition of sanctions against MBLLC and LRM (during which LRM testified under oath). | 300.00/hr | 900.00 |
| | travel from Daytona Beach to Hollywood, Florida. | 300.00/hr | 1,500.00 |
| | For professional services rendered | 25.75 | $7,725.00 |
| | For professional services rendered | 25.75 | $7,725.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lawrence R. Metsch, Esq. | 25.75 | 300.00 | $7,725.00 |

Metschlaw P.A.
20801 Biscayne Blvd.
Suite 300
Aventura, FL 33180

Invoice submitted to:
Florida POP, LLC (James Barney.)

February 17, 2019

Invoice #12648

Professional Services

|  |  | Rate | Amount |
|---|---|---|---|
| 2/3/2019 | receipt and review of an e-mail from Ms. M. Zeitoon, Scheduling Assistant, Marie A. Mattox, P.A., Tallahassee, Florida, demanding deposition dates and declining to clear dates for a hearing on FPLLC's motion for summary judgment' drafted Defendant's motion for judgment of dismissal on the pleadings, which LRM electronically filed and served through the Florida Courts e-filing portal. | 300.00/hr | 375.00 |
| 2/4/2019 | drafted and dispatched an e-mail message to the Judicial Assistant to Circuit Judge Lisa Herndon, Ocala, Florida, requesting a hearing on Defendant's motion for judgment of dismissal on the pleadings; receipt and review of an e-mail from Attorney Adam Ellis to Judge Herndon's Judicial Assistant concerning scheduling of a hearing on Defendant's motion for judgment of dismissal on the pleadings. | 300.00/hr | 75.00 |
| 2/6/2019 | receipt and review of an e-mail message from the Judicial Assistant to Circuit Judge Lisa Herndon concerning the scheduling of a hearing on either Defendant's motion for summary judgment of dismissal or for judgment of dismissal on the pleadings. | 300.00/hr | 75.00 |

|  | | Rate | Amount |
|---|---|---|---|
| For professional services rendered | | 1.75 | $525.00 |
| For professional services rendered | | 1.75 | $525.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lawrence R. Metsch, Esq. | 1.75 | 300.00 | $525.00 |

Metschlaw P.A.
20801 Biscayne Blvd.
Suite 300
Aventura, FL 33180

Invoice submitted to:
Florida POP, LLC (Thurman Goodman, Jr.)

February 17, 2019

Invoice #12648

Professional Services

| | | Rate | Amount |
|---|---|---|---|
| 2/7/2019 | review of the Second DCA of Florida's docket for the appeal of Thurman Goodman, Jr., from the Circuit Court's summary judgment of dismissal, which revealed an oral argument on February 12, 2019, in Tampa, Florida; drafted and dispatched an e-mail message to Attorneys Comer and ochoa advising them of the foregoing oral argument and LRM's financial inability to travel to Tampa, Florida, for that purpose (due to the failure of Sun Holdings, Inc., to pay Metschlaw, P.A.'s December, 2018, and January, 2019, billings for professional services rendered and travel expenses incurred); telephone conference with Ms. Debrah Ochoa concerning the Second DCA's failure to provide LRM with notice of the oral argument. | 300.00/hr | 225.00 |
| 2/11/2019 | telephone conference with Attorney Thomas Valdez, Tampa, Florida, in anticipation of his presentation of oral argument to a panel of the Second DCA of Florida on February 12, 2019. | 300.00/hr | 75.00 |
| | For professional services rendered | 1.00 | $300.00 |
| | For professional services rendered | 1.00 | $300.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lawrence R. Metsch, Esq. | 1.00 | 300.00 | $300.00 |

Metschlaw P.A.
20801 Biscayne Blvd.
Suite 300
Aventura, FL 33180


Invoice submitted to:
Florida POP, LLC (U.S. Bank, N.A.)



February 17, 2019


Invoice #12648


Professional Services

| | | Rate | Amount |
|---|---|---|---|
| 1/31/2019 | telephone conference with Sun Holdings, Inc., Chief Legal Officer Timothy Comer concerning the Receiver's demand for $80,000.00+ in rent and Sun Holdings, Inc.'s desire not to pay that rent to the Receiver and the impact of this stalemate on the exercise of the $500,000.00 purchase option. | 300.00/hr | 150.00 |
| 2/5/2019 | telephone conference with Corporate Counsel Debrah Ochoa concerning access to the shopping center's rent-roll; telephone conference with the legal assistant to Attorney Zachary Bancroft, counsel for the Plaintiff/Mortgagee/Trustee. | 300.00/hr | 75.00 |
| 2/6/2019 | telephone conference with Attorney Zachary Bancroft concerning Pop Florida Properties, LLC's possible purchase of the Westgate shopping center; PACER-assisted research concerning the rent-roll for the Westgate shopping center appearing in the court file of the Eastern District of Tennessee receivership file; drafted and dispatched a letter to Attorneys Debrah Ochoa and Timothy Comer and Mr. Guillermo Perales concerning the two (2) potential vehicles for acquisition of the Westgate shopping center. | 300.00/hr | 300.00 |
| | For professional services rendered | 1.75 | $525.00 |
| | For professional services rendered | 1.75 | $525.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lawrence R. Metsch, Esq. | 1.75 | 300.00 | $525.00 |

# EXHIBIT "D"

**METSCHLAW, P.A.**
20801 Biscayne Blvd., Suite 300
Aventura, FL 33180-1423
Telephone: (305) 792-2540
Telecopier: (305) 792-2541
E-Mail: l.metsch@metsch.com

January 5, 2019

1.  November 26-27, 2018: Hollywood, Florida, to Tampa, Florida, to Hollywood, Florida: *John Cargell v. Sun Steaks, LLC.*

    A. Hollywood, Florida, to Tampa, Florida: 265 miles @ $.54/mile=$143.10.
    B. Tampa, Florida, to Hollywood, Florida: 265 miles @ $.54/mile=$143.10
    C. Hotel, Fort Myers, Florida: $200.00.
    D. Tolls: $40.00.
    E. Meals: $65.00.

Total: $591.20.

2.  December 12-13, 2018: Hollywood, Florida, to Tampa, Florida, to Hollywood, Florida: *Patience Converse v. Florida Pop, LLC.*

    A. Hollywood, Florida, to Tampa, Florida: 265 miles @ $.54/mile=$143.10
    B. Tampa, Florida, to Hollywood, Florida: 265 miles @ $.54/mile=$143.10.
    C. Hotel, Fort Myers, Florida: $200.00.
    D. Tolls: $40.00.
    E. Meals: $65.00.

Total: $591.20.

Grand Total: $1182,40.

# EXHIBIT "E"

**METSCHLAW, P.A.**
20801 Biscayne Blvd., Suite 300
Aventura, FL 33180-1423
Telephone: (305) 792-2540
Telecopier: (305) 792-2541
E-Mail: l.metsch@metsch.com

February 3, 2019

1.  January 6, 2019-January 9, 2019: Hollywood, Florida, to Viera, Florida, to Hollywood, Florida: *John Myers v. Magic Burgers, LLC.*

    A.  Hollywood, Florida, to Viera, Florida: 176.4 miles @ $.54/mile= $95.25.
    B.  Viera, Florida, to Hollywood, Florida: 176.4 miles @ $.54/mile= $95.25.
    C.  Hotel: $550.00 (3 nights).
    D.  Tolls: $25.00.
    E.  Meals: $175.00.

Total: $915.50.

2.  January 17, 2019, to January 18, 2019: Hollywood, Florida, to Melbourne, Florida, to Hollywood, Florida: *Jose English v. Magic Burgers, LLC.*

    A.  Hollywood, Florida, to Melbourne, Florida: 162 miles @ $.54/mile= $87.48.
    B.  Melbourne, Florida, to Hollywood, Florida: 162 miles @ $.54/mile= $87.48.
    C.  Hotel: $175.00 (1 night).
    D.  Tolls: $25.00.
    E.  Meals: $65.00.

Total: $439.96.

3.  January 28, 2019, to January 31, 2019: Hollywood, Florida, to Viera, Florida, to Hollywood, Florida: *Jose English v. Magic Burgers, LLC.*

    A.  Hollywood, Florida, to Viera, Florida: 176.4 miles @ $.54/mile= $95.25.
    B.  Viera, Florida, to Hollywood, Florida: 176.4 miles @ $.54/mile= $95.25.
    C.  Hotel: $550.00 (3 nights).
    D.  Tolls: $25.00.
    E.  Meals: $175.00.

Total: $940.50

Grand Total: $2,295.96

# EXHIBIT "F"

**METSCHLAW, P.A.**
20801 Biscayne Blvd., Suite 300
Aventura, FL 33180-1423
Telephone: (305) 792-2540
Telecopier: (305) 792-2541
E-Mail: l.metsch@metsch.com

February 15, 2019

February 13, 2019-February 14, 2019: Hollywood, Florida, to Daytona Beach, Florida, to Hollywood, Florida: *Timothy Hajdasz v. Magic Burgers, LLC.*

    A. Hollywood, Florida, to Daytona Beach, Florida: 246 miles @ $.54/mile=
$132.84.
    B. Daytona Beach, Florida, to Hollywood, Florida: 246 miles @ $.54/mile=
$132.84.
    C. Hotel: $135.00 (1 night).
    E. Meals: $30.00.

Total: $430.68